**Order entered September 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00199-CV

### BOARD OF ADJUSTMENT OF THE CITY OF DALLAS, Appellant

### V.

### BILLINGSLEY FAMILY LIMITED PARTNERSHIP, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14095-L**

## ORDER

The Court **GRANTS** appellant's September 11, 2013 unopposed motion to extend time to file a motion for rehearing to the extent that appellant is **ORDERED** to file its motion for rehearing, if any, by **TUESDAY, 1st of OCTOBER 2013**.

/s/    DAVID EVANS
        JUSTICE